**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 6, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00998-CV

---

**BETZLER INVESTMENTS, INC., Appellant**

**V.**

**LINDSTROM CLEANING AND CONSTRUCTION, INC., Appellee**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10-CV-0990A**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 2, 2015. On September 30, 2016, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.